MICHAEL J. McCUE (SBN 296425)
mmccue@lrrc.com
JONATHAN W. FOUNTAIN (NV 10351)
(Admitted *pro hac vice*)
jfountain@lrrc.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
655 North Central Avenue, Suite 2300
Glendale, CA 91203
Telephone: 626.795.9900
Facsimile: 626.577.8800

*Attorneys for Plaintiff*
*HDMI Licensing, LLC*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HDMI LICENSING, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> ONE DIAMOND ELECTRONICS, INC., a Texas corporation, and AUGUSTO ARRIAGA, an individual, <br><br> Defendants. | Case No.: 16cv00879-AJB(WVG) <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** <br><br> Dept. 3B (3d Floor – Schwartz) <br> Judge: Hon. Anthony J. Battaglia |

655 North Central Avenue, Suite 2300
Glendale, CA 91203-1445

Lewis Roca
ROTHGERBER CHRISTIE

2011118145_11

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff HDMI LICENSING, LLC ("Plaintiff" or "HDMI Licensing") hereby dismisses this action with prejudice and without an award of attorneys' fees or costs to any party.

Dated: this 18th day of October, 2016.

LEWIS ROCA ROTHGERBER
CHRISTIE LLP

/s/  Jonathan W. Fountain
Michael J. McCue (SBN 296425)
Jonathan W. Fountain
(Admitted *pro hac vice*)
655 North Central Avenue, Suite 2300
Glendale, CA 91203
Telephone:   626.795.9900
Facsimile:    626.577.8800
E-mail: mmccue@lrrc.com
E-mail: jfountain@lrrc.com

*Attorneys for Plaintiff*
*HDMI Licensing, LLC*

655 North Central Avenue, Suite 2300
Glendale, CA  91203-1445

Lewis Roca
ROTHGERBER CHRISTIE

1

**CERTIFICATE OF SERVICE**

2       I hereby certify that on October 18, 2016, I electronically transmitted the

3  attached document to the Clerk's office using the CM/ECF System for filing, and

4  transmittal of a Notice of Electronic Filing has been sent to all counsel of record

5  who are deemed to have consented to electronic service via the Court's CM/ECF

6  system.

7       Dated: this 18th day of October, 2016.

8                    LEWIS ROCA ROTHGERBER CHRISTIE LLP

9                    By: /s/ Jonathan W. Fountain

10                  Jonathan W. Fountain (Admitted *pro hac vice*)

11                  *Attorneys for Plaintiff*

12                  *HDMI Licensing, LLC*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

655 North Central Avenue, Suite 2300
Glendale, CA 91203-1445

Lewis Roca
ROTHGERBER CHRISTIE